| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **KATHY A. DOCKERY**<br>**CHAPTER 13 TRUSTEE**<br>**801 S. FIGUEROA ST., SUITE 1850**<br>**LOS ANGELES, CA 90017**<br>**PHONE: (213) 996-4400**<br>**FAX: (213) 996-4426**<br><br><br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>**EDUARDO ENRIQUE VALLEJO** | CASE NO.: **LA16-16833-SK** |
|---|---|
| | CHAPTER: 13 |
| | <br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br> |
| Debtor(s). | [No Hearing Required] |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

- ☑ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
- ☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
- ☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
- ☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
- ☐ **OTHER:** _____

_____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on ____2/2/18____ as docket entry number ___81___, recommends:

☐ APPROVAL

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☐ APPROVAL on the following conditions:

☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.

☒ Set for hearing.

Date: 2/26/2018 _____

_____
Chapter 13 trustee

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# TRUSTEE COMMENTS ON OR OBJECTIONS TO

**Modify Plan or Suspend Plan Payments (Ch 13) (motion)**

Court Document Number: **81**
Filed Date: **2/2/18**

Eduardo Enrique Vallejo          LA16-16833-SK

<u>ATTORNEY: IN PRO PER</u>

## Attorney Fees

1   The Debtor(s') counsel (if applicable) shall deposit any fees paid directly by the Debtor(s) for services related to the preparation of the instant related Motion into their client trust account until a fee application is approved by the Bankruptcy Court.

## Miscellaneous

2   The Debtor requests that the plan be extended by an additional 3 months when the plan term was confirmed at 60 months and therefore cannot be extended any further as a matter of law.

3   The Debtor has not provided a sufficient reason as to why plan payments should be suspended in order to fund the attorney's fees for prosecution of an adversary proceeding and an appeal with the 9th Circuit BAP. The Debtor is requested to provide evidence to show that the requested 3 month plan payment suspension will benefit the bankruptcy estate.

4   The Debtor is requested to provide legal authority for why a Motion to Suspend Plan Payments was filed with the 9th Circuit BAP in light of the fact that this Motion should be heard by the Bankruptcy Court.

5   The Trustee requests the Debtor(s) timely notice their Motion to Modify Plan or Suspend Plan Payments for hearing and promptly respond to Trustee's above comment(s)/objection(s).

# RECOMMENDED MODIFIED PAYMENT SCHEDULE

Debtor:  **Eduardo Enrique Vallejo**                                                      **LA16-16833-SK**

**ATTORNEY: IN PRO PER**

| PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 6/22/16 | $894.19 | 21 | 2/22/18 | $1,191.00 | 41 | 10/22/19 | $1,191.00 |
| 2 | 7/22/16 | $894.19 | 22 | 3/22/18 | $1,191.00 | 42 | 11/22/19 | $1,191.00 |
| 3 | 8/22/16 | $894.19 | 23 | 4/22/18 | $1,191.00 | 43 | 12/22/19 | $1,191.00 |
| 4 | 9/22/16 | $894.19 | 24 | 5/22/18 | $1,191.00 | 44 | 1/22/20 | $1,191.00 |
| 5 | 10/22/16 | $894.19 | 25 | 6/22/18 | $1,191.00 | 45 | 2/22/20 | $1,191.00 |
| 6 | 11/22/16 | $894.19 | 26 | 7/22/18 | $1,191.00 | 46 | 3/22/20 | $1,191.00 |
| 7 | 12/22/16 | $894.19 | 27 | 8/22/18 | $1,191.00 | 47 | 4/22/20 | $1,191.00 |
| 8 | 1/22/17 | $1,191.00 | 28 | 9/22/18 | $1,191.00 | 48 | 5/22/20 | $1,191.00 |
| 9 | 2/22/17 | $1,191.00 | 29 | 10/22/18 | $1,191.00 | 49 | 6/22/20 | $1,191.00 |
| 10 | 3/22/17 | $1,191.00 | 30 | 11/22/18 | $1,191.00 | 50 | 7/22/20 | $1,191.00 |
| 11 | 4/22/17 | $1,191.00 | 31 | 12/22/18 | $1,191.00 | 51 | 8/22/20 | $1,191.00 |
| 12 | 5/22/17 | $1,191.00 | 32 | 1/22/19 | $1,191.00 | 52 | 9/22/20 | $1,191.00 |
| 13 | 6/22/17 | $1,191.00 | 33 | 2/22/19 | $1,191.00 | 53 | 10/22/20 | $1,191.00 |
| 14 | 7/22/17 | $1,191.00 | 34 | 3/22/19 | $1,191.00 | 54 | 11/22/20 | $1,191.00 |
| 15 | 8/22/17 | $1,191.00 | 35 | 4/22/19 | $1,191.00 | 55 | 12/22/20 | $1,191.00 |
| 16 | 9/22/17 | $1,191.00 | 36 | 5/22/19 | $1,191.00 | 56 | 1/22/21 | $1,191.00 |
| 17 | 10/22/17 | $1,191.00 | 37 | 6/22/19 | $1,191.00 | 57 | 2/22/21 | $1,191.00 |
| 18 | 11/22/17 | $1,191.00 | 38 | 7/22/19 | $1,191.00 | 58 | 3/22/21 | $1,191.00 |
| 19 | 12/22/17 | $1,191.00 | 39 | 8/22/19 | $1,191.00 | 59 | 4/22/21 | $1,191.00 |
| 20 | 1/22/18 | $1,191.00 | 40 | 9/22/19 | $1,191.00 | 60 | 5/22/21 | $1,191.00 |

**\* Please note:  In addition to monthly plan payments, the above indicated payment schedule may include tax refund and other receipts that have been paid into the plan pursuant to the court ordered terms of confirmation**

| In re: **EDUARDO ENRIQUE VALLEJO** | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: **2:16-bk-16833-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017

A true and correct copy of the foregoing document described as "**TRUSTEE COMMENTS ON OR OBJECTION TO MOTION**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On, 2/26/2018 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class , postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 2/26/2018 | Lilian Roldan | *Lilian Roldan* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| | |
|---|---|
| In re:  **EDUARDO ENRIQUE VALLEJO** | CHAPTER: 13 |
| Debtor(s). | CASE NUMBER:  **2:16-bk-16833-SK** |

**Service List**

CALIBER HOME LOANS, INC.
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134

Eduardo Enrique Vallejo
508 North California Street
Burbank, CA 91505

MCCARTHY & HOLTHUS, LLP
1770 FOURTH AVENUE
SAN DIEGO, CA 92101

ROBERT K. HOLMES
HOLMES & HOLMES ATTORNEYS AT LAW
1111 NORTH BRAND BLVD
STE 400
GLENDALE, CA 91202

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**