**FILED**
OCT 26 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re: Eduardo Enrique Vallejo<br><br>Debtor(s) | CASE NO.: 2:16-bk-16833-SK<br>ADVERSARY NO.:<br>APPEAL DOCKET ENTRY NO.: 120 |
|---|---|
| vs.<br><br>Plaintiff(s)<br><br><br>Defendant(s) | **NOTICE OF APPEAL DEFICIENCY TO APPELLANT [FRBP 8003(a)]** |

The Notice of Appeal filed in this case on (*date*) __10/25/2018__ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below. Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

[X] Notice of Appeal filing fee was not paid.

[ ] Notice of Cross-Appeal filing fee was not paid.

[ ] The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

  [ ] Does not include the title of order, judgment, or decree.

  [ ] Does not include the entered date of order, judgment, or decree.

  [ ] Does not include the [ ] names [ ] addresses [ ] telephone numbers of the opposing parties.

  [ ] Not signed by the Appellant.

[ ] Does not include entered stamped copy of order, judgment, or decree.

KATHLEEN J. CAMPBELL
Clerk of Court

Date: 10/26/2018

By: __SONNY MILANO__
Deputy Clerk

__1-213-894-1295__
Telephone Number