**FILED**

MAY 29 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: EDUARDO ENRIQUE VALLEJO,

Debtor

------------------------------

EDUARDO ENRIQUE VALLEJO,

Appellant,

v.

U.S. BANK TRUST, N.A.,

Appellee.

No. 18-60060

BAP No. 18-1015

ORDER

Before: LEAVY, CALLAHAN, and BEA, Circuit Judges.

During the pendency of this appeal, we dismissed debtor's separate appeal challenging the bankruptcy court's order dismissing his bankruptcy case. Because the bankruptcy court's dismissal order has become final, there is no effective relief we can give to debtor in this appeal and we dismiss this appeal as moot. *See Castaic Partners II, LLC v. Daca-Castaic, LLC (In re Castaic Partners II, LLC)*, 823 F.3d 966, 969 (9th Cir. 2016) (a bankruptcy appeal becomes constitutionally moot if the underlying bankruptcy case is dismissed and that dismissal is allowed to become final).

All pending motions are denied as moot.

**DISMISSED.**