FILED
AUG 30 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eduardo Enrique Vallejo, | ) BK No. 2:16-bk-16833-SK |
| Appellant/Debtor, | ) NOTICE AND MOTION TO REOPEN |
| vs. | ) THE BANKRUPCY CASE AND STAY |
| | ) ACTIONS BY CREDITOR LOAN MART, |
| U.S. BANK, LOAN MART, et al | ) ET. AL., AND POSSIBLE ADVERSARY |
| | ) PROCEEDING |
| Defendant(s)/Appellee(s), Loan Mart, | ) |
| et al. | ) |

**TO THE HONORABLE DISTRICT COURT, THE TRUSTEE AND OTHER INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that on or about August 17, 2019, Appellant/Debtor, Eduardo Vallejo respectfully files this motion to reopen the bankruptcy case based on the following:

Appellant respectfully alleges upon his firsthand knowledge, except where it is stated upon information and belief, or where it is stated that he verily believes it to be true, and requests the proper filing of this motion and possible adversary proceeding based on the following:

Eduardo Enrique Vallejo (hereinafter the "Appellant"), submits this request for leave to appear in the above referenced case before the Court, and grant an order against the above mentioned Creditors, including Loan Mart, to release his impounded vehicle included in his bankruptcy based on the following:

## I. BACKGROUND

Appellant has been negotiating with Mr. Diego Erazo, *Bankruptcy Specialist*, at Wheels Financial Group, LLC dba 1-800LoanMart. in their Legal Department, P: (818) 285-4852 F: (818) 285-2417, the settlement of the two vehicles still outstanding in his Bankruptcy case and due to the length of time this negotiation is taking would like to make monthly payments instead of a lump sum settlement.

According to the DMV and Police Report on or about 08/17/2019 ("Report Date"), Appellant's vehicle, a white Alfa Romeo with California License No. 4USG591, was impounded from 14 Eulalia St., in Glendale, California.

## II. DISCUSSION

Appellant argues Appellant he has valid proof of insurance and registration in the State of California which he attached as an exhibit. It just so happens that Appellant has not used the vehicle recently because it is in the process of restoration due to its age.

Appellant feels that his ability to restore the vehicle is being impaired and hampered by the Defendants since he has not been able to deliver the vehicle to his Mechanic called H&R in Glendale, California, where Appellant was attempting to deliver the vehicle for work on the motor, and later restoration of the interior.

Appellant believes that the removal and storage of the vehicle was unlawful and that the storing agency is responsible for the towing and storage charges, and any and all legal fees and expenses incurred by the Appellant.

Appellant is under the understanding that the Creditor called Loan Mart has now repossessed the vehicle in violation of the Bankruptcy Stay.

## III. CONCLUSION

For the reasons set forth above and based on this request and evidence presented, this Honorable Court should grant this request by the Appellant for the Court to Order the original Bankruptcy case reopened and an order for the immediate release of the above referenced vehicle to the Appellant, and agree to celebrate an oral hearing regarding this matter, and determine that the vehicle was unlawfully impounded and stored while we are negotiating the settlement of this outstanding account.

THEREFORE, Appellant respectfully requests this Honorable Court to take judicial notice of this request and evidence, and accept this request for a hearing of this motion, and after reviewing it in detail, grant the Order for the immediate release of the above referenced vehicle to the Appellant and/or his Mechanic and/or his Attorney, and agree to reinstate the Bankruptcy so Appellant can repay the debt in monthly payments and not a lump sum.

DATED: August 27, 2019

By:

Eduardo Enrique Vallejo

*( signature )*

( Digital Signature )

---

EDUARDO ENRIQUE VALLEJO
508 NORTH CALIFORNIA STREET
BURBANK, CA 91505
TEL: 1 (818) 415-5633
FAX: 1 (818) 846-1777
EMAIL: eevallejo@yahoo.com

## CERTIFICATE OF SERVICE

Federal Bankruptcy Court Case Number: 2:16-bk-16833-SK

I am a resident of the State of California, over the age of eighteen years, and a party to the within action.

**NOTICE AND MOTION TO REOPEN THE BANKRUPCY CASE AND STAY ACTIONS BY CREDITOR LOAN MART, ET. AL., AND POSSIBLE ADVERSARY PROCEEDING**

[ ] by transmitting via facsimile on this date the document(s) listed above to the facsimile numbers set forth below. The transmission was completed before the close of business and was reported complete and without error.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing_ L am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[X] BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Federal Bankruptcy and District Courts, Ninth Circuit BAP and Court of Appeals of California website https://ecf.cacd.uscourts.gov.

[ ] by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service. (See Attached Service List)

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Respectfully submitted, this 27th day of August of 2019.

Dated: August 27, 2019


/s/ Eduardo Enrique Vallejo
---

EDUARDO ENRIQUE VALLEJO
508 NORTH CALIFORNIA STREET
BURBANK, CA 91505
TEL: 1 (818) 415-5633
FAX: 1 (818) 846-1777
EMAIL: eevallejo@yahoo.com



- GEICO Casualty Company

14111 Danielson Street, Poway, CA 92064-6886

August 23, 2019

EDUARDO E VALLEJO AND BEISA
VALLEJO
508 N CALIFORNIA ST
BURBANK CA 91505-3537

Policy Number: 4438321418

To Whom It May Concern:

This letter is to verify that continuous liability coverage is in force for EDUARDO and BEISA VALLEJO effective June 9, 2016 to the present.

Vehicle(s) covered:    1974 ALFA ROMEO SPIDER - AR3043863

There is no lapse in coverage on this policy, which has been transmitted to the Department of Motor Vehicles.

Sincerely,

Hailey N
(800)841-3000
Underwriting Department

Lapseny (06/11)
Sensitivity: Confidential

Exhibit 2

```
GFEE1  H00 I VE4 P GFEE1 PCVS C452345L   0 VF01E              0 082219 1243 VDA

                        *** G E N E R A T E D   F E E S ***

01  CURR RF          57.00   16                          31
02  CURR CHP         26.00   17                          32
03  CURR VLF          2.00   18                          33
04  CURR SAFE         1.00   19                          34
05  CURR FID          1.00   20                          35
06  CURR AIR QLT      6.00   21                          36
07  CURR SC AIR       1.00   22                          37
08  ALT FUEL RF       3.00   23                          38
09  CUR AUT/DUI2      2.00   24                          39
10  TIF              25.00   25                          40
11                           26                          41
12                           27                          42
13                           28                          43
14                           29                          44
15                           30

                                           TOTAL FEES DUE:       124.00

FEE #-      $AMT-       REASON-       PASSWORD-       CURR EXP DATE: 06/08/18
FR- I       R30-        VESSEL TAX BYPASS-            NEW EXP DATE:  06/08/20
                        VIN- AR3043863

ENTER WAIVER-PF1   NO RENEWAL-PF2   KEY FEES-PF3   FALLBACK RESTART   CANCEL
```

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 06/05/2018 at 4:07 PM and filed on 06/05/2018.

FILED
06/05/2018
4:07 PM

**Beisa Ramulic Vallejo**
508 N California Street
Burbank, CA 91505

The case was filed by the debtor's attorney:

**Randy Chang**
The Chang Firm
7755 Center Ave Ste 1100
Huntington Beach, CA 92647
818-599-8095

The bankruptcy trustee is:

**Kathy A Dockery (TR)**
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017
(213) 996-4400

The case was assigned case number 2:18-bk-16497-SK to Judge Sandra R. Klein.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,. Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |
| 06/05/2018 16:11:38 |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re:

BEISA RAMULIC VALLEJO

vs.

U.S. BANK TRUST, CALIBER HOME LOANS, et al.

) BK Case No.: 2:18-bk-16497-SK
) Chapter 13
)
) DEMAND FOR RETURN OF VEHICLE
) AND OPPOSITION TO PROOF OF CLAIM

TO THE HONORABLE COURT

Date: August 22, 2019

On or about August 22, 2019, Debtor Beisa Vallejo (hereinafter "Mrs. Vallejo") was informed that her vehicle under the protection of the Bankruptcy Court, an Alfa Romeo with California License: 4USG591, with GEICO Insurance Policy Number: 4438321418, with Effective Date: 05-07-19, and Expiration Date: 11-07-19, is unlawfully in possession of a company called **LOANMART,** in violation of the Automatic Stay.

We hereby make this demand request that for the vehicle to be returned to Mrs. Vallejo immediately, or **LOANMART** will be in Contempt of Court.

REQUEST FOR IMMEDIATE RETURN OF ASSET IN BANKRUPTCY - 1 -

Therefore, based on the above public information, attached photocopy evidence presented to the court, along with the corresponding allegations, Mrs. Vallejo respectfully requests that the above referenced asset under Bankruptcy Protection be returned to her immediately.

DATED: August 23, 2019

By:


( Digital Electronic Signature )

*Beisa RV.*

BEISA RAMULIC VALLEJO

REQUEST FOR IMMEDIATE RETURN OF ASSET IN BANKRUPTCY - 2 -

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 06/05/2018 at 4:07 PM and filed on 06/05/2018.

FILED
06/05/2018
4:07 PM

**Beisa Ramulic Vallejo**
508 N California Street
Burbank, CA 91505

The case was filed by the debtor's attorney:

**Randy Chang**
The Chang Firm
7755 Center Ave Ste 1100
Huntington Beach, CA 92647
818-599-8095

The bankruptcy trustee is:

**Kathy A Dockery (TR)**
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017
(213) 996-4400

The case was assigned case number 2:18-bk-16497-SK to Judge Sandra R. Klein.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kathleen J. Campbell
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |
| 06/05/2018 16:11:38 |