# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**TO:** Clerk, Bankruptcy Court, Los Angeles Central District of California

**RE:** Eduardo Enrique Vallejo

**CA No.:** 18-60060

**BAP No.:** CC-18-1015-FLS

**Bkcy Court No.:** 2:16-bk-16833-SK

The judgment of this Panel entered on 10/16/2018 was appealed to the United States Court of Appeals for the Ninth Circuit.

Attached is a copy of the mandate of the Court of Appeals received on 10/11/2019.

The Court of Appeals DISMISSED the appeal of the BAP decision.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Date: October 11, 2019

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: EDUARDO ENRIQUE VALLEJO,

        Debtor,

_____

EDUARDO ENRIQUE VALLEJO,

        Appellant,

  v.

U.S. BANK TRUST, N.A.,

        Appellee.

No. 18-60060

BAP No. 18-1015

BAP, Los Angeles Bankruptcy Court

**MANDATE**

The judgment of this Court, entered May 29, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Rebecca Lopez
        Deputy Clerk
        Ninth Circuit Rule 27-7

| | |
|---|---|
| | **FILED** |
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | MAY 29 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: EDUARDO ENRIQUE VALLEJO,

        Debtor

------------------------------

EDUARDO ENRIQUE VALLEJO,

        Appellant,

 v.

U.S. BANK TRUST, N.A.,

        Appellee.

No. 18-60060

BAP No. 18-1015

ORDER

Before: LEAVY, CALLAHAN, and BEA, Circuit Judges.

    During the pendency of this appeal, we dismissed debtor's separate appeal challenging the bankruptcy court's order dismissing his bankruptcy case. Because the bankruptcy court's dismissal order has become final, there is no effective relief we can give to debtor in this appeal and we dismiss this appeal as moot. *See Castaic Partners II, LLC v. Daca-Castaic, LLC (In re Castaic Partners II, LLC)*, 823 F.3d 966, 969 (9th Cir. 2016) (a bankruptcy appeal becomes constitutionally moot if the underlying bankruptcy case is dismissed and that dismissal is allowed to become final).

All pending motions are denied as moot.

**DISMISSED.**