LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Creditor
U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No. 2:16-cv-16833-SK |
| EDUARDO ENRIQUE VALLEJO, | Chapter 13 |
| Debtor. | **NOTICE OF APPEARANCE OF MEAGAN S. TOM** |

PLEASE TAKE NOTICE that Meagan S. Tom of Locke Lord LLP hereby appears as counsel of record for Creditor U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust.

Dated: February 11, 2020

Respectfully submitted,

LOCKE LORD LLP

By: */s/ Meagan S. Tom*
    Regina J. McClendon
    Meagan S. Tom
Attorneys for Creditor U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

1