Case number: 2:16-bk-16833-SK

FILED

FEB 13 2020

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| Eduardo Enrique Vallejo,<br><br>      Plaintiff/Appellant,<br><br>      vs.<br><br>U.S. BANK, et al<br><br>      Defendant(s)/Appellee(s),<br><br>et al. | **ADVERSARY:**<br><br>**BK No. 2:16-bk-16833-SK**<br><br>**BAP No. CC-18-1015**<br><br>**9th CIRCUIT APPEALS COURT: 18-60060**<br>**REPLY TO APPELLEE'S OPPOSITION TO DEBTOR'S MOTION TO REOPEN CASE AND ADVERSARY PROCEEDING BASED ON NEWLY DISCOVERED EVIDENCE AND FRAUD ON THE COURT PER FRCP 60** |

**JURY TRIAL DEMANDED**

TO THE HONORABLE FEDERAL BANKRUPTCY COURT, THE COMPETENT

DISTRICT COURT, THE BAP, THE NINTH CIRCUIT COURT OF APPEALS, DEBTOR'S

COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that on January 11, 2020, Plaintiff, Eduardo Vallejo, files this

reply to Creditor U.S Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ( hereinafter

the "LSF9 Trust" ) opposition to Plaintiff's motion to reopen this case based on the solid argument

that they lack standing to present said opposition and have acted in bad faith and fraud on the Court

based on the following:

Case number: 2:16-bk-16833-SK

1    First, U.S. Bank Trust has purposely ignored the attached Assignment of Deed of Trust dated

2    June 20, 2016 which 'grants, assigns and transfers to Federal National Mortgage Association all

3    beneficial interest under that certain Deed of Trust date as of November 10, 2004...". ( Exhibit 1 )

4    Second, there is no document, nor evidence, nor declaration from any employee of the Federal

5    National Mortgage Association assigning any interest to U.S. Bank Trust, N.A., as Trustee for the

6    

7    LSF9 Master Participation Trust, ( nor any other third party for that matter), after June 20, 2016.

8    Third, therefore based on the lack of evidence to the contrary, U.S. Bank Trust, N.A., as

9    Trustee for the LSF9 Master Participation Trust, ( nor any other third party for that matter ), simply

10   has no standing in this case.

11   

12   Based on the above, Plaintiff respectfully requests the Clerk of the Court to file this petition

13   and request for leave from the Court deny Defendant's opposition to reopen this case for lack of

14   standing, and file this Adversary Proceeding against the Defendants/ Appellees before the Court with

15   competent jurisdiction, as the law favors.

16   

17   I declare under penalty of perjury under the laws of the United States that the above is true

18   and correct. Respectfully submitted, this 11th day of February of 2020.

19   Dated: February 11th, 2020

20   

21   

22   

23   /s/ Eduardo Vallejo

24   _____

25   EDUARDO VALLEJO
     508 NORTH CALIFORNIA STREET
26   BURBANK, CA 91505
     TEL:  1 (818) 415-5633
27   FAX: 1 (818) 846-1777
     EMAIL: eevallejo@yahoo.com
28

- 2 -
REPLY TO U.S. BANK TRUST, N.A. OPPOSITION

Case number: 2:16-bk-16833-SK

**CERTIFICATE OF SERVICE**

Federal Bankruptcy Court Case Number: **2:16-bk-16833-SK**

I am a resident of the State of California, over the age of eighteen years, and a party to the within action.

**REPLY TO APPELLEE'S OPPOSITION TO DEBTOR'S MOTION TO REOPEN CASE AND ADVERSARY PROCEEDING BASED ON NEWLY DISCOVERED EVIDENCE AND FRAUD ON THE COURT PER FRCP 60**

[X]  by transmitting via email and/or facsimile on this date the document(s) listed above to the email and facsimile numbers set forth below. The transmission was completed before the close of business and was reported complete and without error.

[ ]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing_ L am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ ] BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Federal Bankruptcy and District Courts, Ninth Circuit BAP and Court of Appeals of California website https://ecf.cacd.uscourts.gov.

[ ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service. (See Attached Service List)

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Respectfully submitted, this 11th day of February of 2020.

Dated: February 11th, 2020

/s/ Eduardo Vallejo

EDUARDO VALLEJO
508 NORTH CALIFORNIA STREET
BURBANK, CA 91505
TEL:  1 (818) 415-5633
FAX: 1 (818) 846-1777
EMAIL: eevallejo@yahoo.com

- 3 -
REPLY TO U.S. BANK TRUST, N.A. OPPOSITION

Case number: 2:16-bk-16833-SK

1

## MAILING LIST

2

3
LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
4
rmcclendon@lockelord.com

5
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
6
101 Montgomery Street, Suite 1950
7
San Francisco, CA 94104
Telephone:  (415) 318-8810 Fax:  (415) 676-5816
8

9
Attorneys for Creditor U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

10
U.S. Bank, N.A.
425 Walnut Street
11
Cincinnati, Ohio

12
U.S. Bank Trust N.A.
13
Wilmington, Delaware.

14
It operates as a subsidiary of U.S. Bank N.A.
Telephone number 1 (651) 466-3000
15

16
Nathan F. Smith, #264635
Christina J. O, #266845
17
Malcolm ♦ Cisneros,
A Law Corporation
18
2112 Business Center Drive, 2nd Floor
19
Irvine, California 92612
(Telephone) (949) 252-9400
20
(Facsimile) (949) 252-1032
Email: nathan@mclaw.org
21

22
Xiyi (Jackie) Fu, Counsel
Locke Lord LLP
23
101 Montgomery Street, Suite 1950
24
San Francisco, CA 94104
T: 415-318-8807
25
F: 415-704-3003
jackie.fu@lockelord.com
26
www.lockelord.com

27

28

- 4 -
REPLY TO U.S. BANK TRUST, N.A. OPPOSITION

Case number: 2:16-bk-16833-SK

1    Bruce Marks
     NACA – CEO
2    Main Number:
     888-404-6222
3    Headquarters (Boston)
     617-250-6222
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPLY TO U.S. BANK TRUST, N.A. OPPOSITION

1

*Exhibit 1*

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

Ditech Financial LLC
7360 S. KYRENE ROAD
MAIL STOP T111
TEMPE, AZ 85283

APN: 2483-003-030                    TS No: CA05001562-15-1                    TO No: 150286215-CA-VOI

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to **Federal National Mortgage Association** all beneficial interest under that certain Deed of Trust dated as of November 10, 2004, executed by EDUARDO E. VALLEJO AND MARIA LUISA VALLEJO, HUSBAND AND WIFE AS JOINT TENANTS AND EDUARDO VALLEJO AND CIELO G. VALLEJO, HUSBAND AND WIFE, AS JOINT TENANTS as Trustor(s), to EXECUTIVE TRUSTEE SERVICES, INC. as Trustee and recorded on November 22, 2004 as Instrument No. 04-3020633 of official records in the Office of the Recorder of Los Angeles County, California.

All rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part, the real property more commonly known as **508 NORTH CALIFORNIA ST, BURBANK, CA 91505-** and more fully described in said Deed of Trust.

Dated: **June 20, 2016**

**Ditech Financial LLC FKA Green Tree Servicing LLC**

By: **Tiffany Chambers**

**Assistant Vice President**

State of Texas
County of Dallas

Before me, _Pat Klement_____, on this day personally appeared _Tiffany Chambers_, known to me (or proved to me on the oath of _Personally Known_ or through (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed. Given under my hand and seal of office this ___20__ day of _June_, 2016 .

**PAT KLEMENT**
Notary Public, State of Texas
Comm. Expires 11-21-2017
Notary ID 530797-3

_Pat Klement_____
Notary Public's Signature  *PAT KlemenT*