**FILED**
**FEB 13 2020**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| Eduardo Enrique Vallejo,<br><br>Plaintiff/Appellant,<br><br>vs.<br><br>U.S. BANK, et al<br><br>Defendant(s)/Appellee(s),<br><br>et al. | ADVERSARY:<br><br>BK No. 2:16-bk-16833-SK<br><br>BAP No. CC-18-1015<br><br>9th CIRCUIT APPEALS COURT: 18-60060<br><br>DECLARATION OF EDUARDO VALLEJO IN REPLY TO APPELLEE'S OPPOSITION TO DEBTOR'S MOTION TO REOPEN CASE AND ADVERSARY PROCEEDING BASED ON NEWLY DISCOVERED EVIDENCE AND FRAUD ON THE COURT PER FRCP 60 |

**JURY TRIAL DEMANDED**

**TO THE HONORABLE FEDERAL BANKRUPTCY COURT, THE COMPETENT DISTRICT COURT, THE BAP, THE NINTH CIRCUIT COURT OF APPEALS, DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

I, Eduardo Vallejo, declare as follows.

1.) I am 61 years of age and am a party to this action. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2.) I make this declaration in support of my complaints for violations of the Truth in Lending Act ( TILA ), the Real Estate Settlement Procedures Act ( RESPA ), and the False Claims Act ( FCA ) in a possible qui tam Action.

3.) The **Truth in Lending Act (TILA)** protects consumers in their dealings with **lenders** and creditors. The **TILA applies to** most kinds of consumer credit, including both closed-end credit and open-end credit. The **TILA** regulates what information **lenders** must make known to consumers

about their products and services. The more significant **TILA violation** for borrowers, especially those facing foreclosure, is the right of rescission. "Rescinding" the loan means the borrower can void the loan ( and/or modifications ) as if it was never made.

  4.)  The Real Estate Settlement Procedures Act, or **RESPA**, was enacted by Congress to provide homebuyers and sellers with **complete settlement cost disclosures**. The Act was also introduced to eliminate abusive practices in the real estate settlement process, to prohibit kickbacks, and to limit the use of escrow accounts.

  5.)  The **False Claims Act** (FCA), also called the "Lincoln Law", is an American federal law that imposes liability on persons and companies (typically federal contractors) who defraud governmental programs. It is the federal Government's primary litigation tool in combating fraud against the Government. The False Claims Act (**FCA**), 31 U.S.C. §§ 3729 - 3733 was enacted in ... The **qui tam** provisions begin at § 3730(b) of the **FCA**; § 3730(b)(1).

  6.)  I also make this declaration in support of my complaint for violations of the State of California Homeowner Bill of Rights ( HBOR ) prohibition on "dual tracking" means that a servicer may not record a Notice of Default or Notice of Trustee's Sale, or complete a foreclosure sale, while a complete application is pending.

  7.)  Dual tracking remains prohibited, but the operative language that was contained in section 2923.6 is now, confusingly, divided between section **2923.5, subdivision (a)(1)(A)** (dual tracking with respect to HBOR prohibited CA Senate Bill No.818 and CAL CIV CODE 2923.7, 2923.5(a)(1), 2923.55(a), and (B) 2924(a), 2924.12.(b) where a mortgage servicer, mortgagee, trustee, beneficiary, or authorized agent shall be liable to a borrower for actual economic damages pursuant to Section 3281, resulting from a material violation of Section 2923.55, 2923.6, 2923.7, 2924.9, 2924.10, 2924.11, or mortgagee, trustee, beneficiary, or authorized agent where the violation

1  was not corrected and remedied prior to the recordation of the trustee's deed upon sale. If the court

2  finds that the material violation was intentional or reckless, or resulted from willful misconduct by a

3  mortgage servicer, mortgagee, trustee, beneficiary, or authorized agent, the court may award the

4  borrower the greater of treble actual damages or statutory damages of fifty thousand dollars

5  ($50,000).

6  

7      8.)    I filed for Chapter 13 Bankruptcy protection in May of 2016 and was allegedly

8  only in arrears $14,770.42 according to the Proof of Claim ( POC ) filed by the then alleged servicer

9  called DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC ( DITECH ). I dispute

10 this amount as well as the starting balance $285.298.42 on May 23rd of 2016.

11     9.)    On June 20, 2016 DITECH assigned my loan to the Federal National Mortgage

12 Association known as Fannie Mae.

13     10.)   FANNIE MAE ( FNMA ) in fact owns my loan since that date and there is no

14 evidence that it was sold to any third party since then.

15     11.)   A year and a half after I filed Bankruptcy in 2016, and had been making all my pre

16 and post-petition payments on time and as agreed, in December of 2017, an alleged debt collector,

17 **U.S. Bank Trust, N.A.,** claiming to be a Trustee for an alleged Trust, ( LSF9 Master Participation

18 Trust ), represented by **Caliber Home Loans, Inc.,** acting as Attorney in Fact, without any evidence

19 or standing filed for relief from the automatic stay.

20     12.)   **There is no evidence that after June of 2016 Fannie Mae authorized U.S. Bank Trust, acting as a Trustee for the LSF9 Master Participation Trust, nor Caliber Home Loans, Inc., to act as Attorney in Fact for them.**

21     13.)   I am a witness to the fact that starting in June of 2016, I made all my pre and post petition Bankruptcy payments in good faith as was verified by the Bankruptcy Trustee.

- 3 -
DECLARATION OF EDUARDO VALLEJO

14.) On or about October 13, 2018, I also filed a criminal complaint with the evidence of these payments to the **FBI** and requested a full accounting, audit, and detailed investigation of my loan, since they did not appear posted correctly to my account, and am awaiting the reply.

15.) A series of known and unknown debt collector companies apparently hired by U.S. Bank Trust, N.A., Caliber Home Loans, MTC Financial, Inc. dba Trustee Corps, Auction.com, and others have been attempting to unlawfully foreclose, auction off, sell, and evict my family from our home in violation of the Bankruptcy automatic stay.

16.) All documentation and evidence of the above has been filed before the United States Ninth Circuit Court of Appeals, based on this newly discovered evidence, and requested for the case to be remanded to the originating court.

17.) Appellant printed out and attached a copy of a page from the website called www.auction.com on the internet, used to advertise Appellants' home for sale. These companies even used a drone to take photos of our home, without our authorization, which is unlawful in our City of Burbank, and therefore we proceeded to file a complaint with the Burbank Police Department. The danger is that we live 3 miles from the Burbank Airport and it is unlawful to fly drones within 5 miles of the Airport.

18.) Since my Bankruptcy case was dismissed at the beginning of 2018 and appealed, my wife had to file for Bankruptcy protection in June of 2018. Yet MTC FINANCIAL, INC. dba ESCROW CORPS continued to attempt to foreclose and sell our property every month, even though it was under Bankruptcy protection.

19.) I feel that by continuing to attempt to foreclose, and threaten to sell our home, even while it is under bankruptcy protection, the above referenced companies are in fact using extortion to obligate me to sign an alleged modification they did not have any authority to carry out.

20.)    We are now waiting to reopen my previous Bankruptcy case filed in 2016 with this newly discovered evidence, in order to file an Adversary Proceeding against them based on fraud on the Court.

21.)    Also, I have not received any information regarding the sale of our loan to or from Fannie Mae, and/or any subsequent sale of my note to any other third party, therefore violating the above referenced TILA, RESPA and FCA.

22.)    Therefore, based on the above, I believe that my Family and I may have been the victims of a well organized and orchestrated "Ponzi" scheme.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this Declaration was executed on February 11th, 2020, at Burbank, California.

/s/

Eduardo Vallejo